RANDALL S. FARRIMOND (CSB No. 95281)
E-mail: rfarrimond@farrimondlaw.com
FARRIMOND LAW OFICES
a Professional Corporation
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone: (415) 362-4900
Facsimile: (415) 362-4901

DAVID C. DEAL (Virginia SB No. 86005)
Email: david@daviddeal.com
THE LAW OFFICE OF DAVID C. DEAL, P.L.C.
P.O. Box 625
Charlottesville, Virginia 22902
Telephone:  434-233-2727
Facsimile:  888-965-8083
*pro hac vice application forthcoming*

Attorneys for Plaintiff
AUGUST IMAGE, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, | Case No.: |
| Plaintiff, | |
| vs. | **DEMAND FOR JURY TRIAL** |
| | **COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND (INJUNCTIVE RELIEF DEMANDED)** |
| RAP-UP, LLC, | |
| Defendant. | |

- 1 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

Plaintiff AUGUST IMAGE, LLC brings this Complaint in the United States District Court for the Southern District of California against Defendant RAP-UP, LLC for damages and injunctive relief, and in support thereof state as follows:

## SUMMARY OF THE ACTION

1.  Plaintiff AUGUST IMAGE, LLC ("August" or "Plaintiff") bring this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Plaintiff's original copyrighted Works of authorship.

2.  August is a New York Limited Liability Company with a business address of 793 Broadway, 2nd Floor, New York, NY 10003.

3.  August is a unique agency model offering a boutique experience for clients worldwide. Beyond the unique creative caliber and exclusivity of August's photography, their deep knowledge of their collection and focus on the highest-level of customer service make August an exceptional visual resource. August represents an elite group of portrait, lifestyle, beauty, and fashion photographers for editorial and commercial licensing.

4.  Defendant RAP-UP, LLC ("Rap-Up" or "Defendant") is a nationwide hip-hop and R&B magazine for Gen Y. Founded in 2001, with its registered place of business at 9014 Lloyd Place, West Hollywood, CA 90069, and can be served by serving its Registered Agent, Devin Lazerine, 9014 Lloyd Place, West Hollywood, CA 90069.

5.  Defendant owns, operates, and is solely responsible for the content posted to the website, www.rap-up.com, and corresponding social media ("Website").

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

6.  Plaintiff alleges Defendant copied Plaintiff's copyrighted Works from the internet to advertise, market, and promote its business activities and services, as well as to accompany Defendant's content displayed on Website.

7.  Defendant received a direct financial benefit attributable to the copying of Plaintiff's copyrighted Works, which it has the right and ability to control.

<u>JURISDICTION AND VENUE</u>

8.  This is an action arising under the Copyright Act, 17 U.S.C. § 501.

9.  This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendant is subject to personal jurisdiction in the State of California.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

<u>THE COPYRIGHTED WORKS AT ISSUE</u>

Attached hereto as Exhibit 1 are copies of the original copyrighted works at issue in this case, including corresponding photographers' names, copyright titles, registration numbers, and registration issue dates for the copyrighted works infringed by Defendants, and which are referred to herein as "Works." Attached hereto as Exhibit 2 are copies of the Works infringed and infringing URLs.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

12. Plaintiff's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times, Plaintiff was the owner of the copyrighted Works at issue in this case.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

14. Among Plaintiff's many celebrated photographers are Gavin Bond, Sebastian Kim, Ramona Rosales, Joe Pugliese, Peter Yang, Mark Seliger, Miller Mobley, Danielle Levitt and Guerin Blask.

15. Plaintiff is the exclusive licensee of the photographic images by Bond, Kim, Rosales, Joe Pugliese, Yang, Seliger, Mobley, Levitt and Blask, including the sixteen copyrighted Works at issue in this litigation.

16. The Works are original works of authorship.

17. On behalf of Bond, Kim, Rosales, Joe Pugliese, Yang, Seliger, Mobley, Levitt and Blask, Plaintiff obtained certificates of registration with the United States Copyright Office for the Works.

18. Defendant has never been licensed to use the Works at issue in this action for any purpose.

19. On a date after the Works at issue in this action were created, but prior to the filing of this action, Defendant copied the Works.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

20. On or about December 1, 2018, Plaintiff discovered the unauthorized use by Defendant of some of Works on Website. Thereafter, additional unauthorized uses of the Works by Defendant were discovered.

21. Defendant copied Plaintiff's copyrighted Works without Plaintiff's permission.

22. Defendant copied and distributed Plaintiff's copyrighted Works in connection with its business for purposes of advertising and promoting Defendant's business and services, and in the course and scope of advertising and selling products and services.

23. Plaintiff's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

24. Defendant committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 2.

25. August Image never gave Defendant permission or authority to copy, distribute or display the Works at issue in this case.

## COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

26. Plaintiff incorporate the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Plaintiff owns valid copyrights in the Works at issue in this case.

28. Plaintiff registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

29. Defendant copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Plaintiff's authorization in violation of 17 U.S.C. § 501.

30. Defendant performed the acts alleged in the course and scope of its business activities. Defendant's acts were willful.

31. Plaintiff has been damaged.

32. The harm caused to Plaintiff has been irreparable.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, August Image pray for judgment against Defendant that:

a.   Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c.   Plaintiff be awarded their attorneys' fees and costs of suit under the applicable statutes sued upon;

d.   Plaintiff be awarded pre and post-judgment interest; and

e.   Plaintiff be awarded such other and further relief as the Court deems just and proper.

/

- 6 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

Dated: November 15, 2021                FARRIMOND LAW OFFICES,
a Professional Corporation

*/s/ Randall S. Farrimond*
RANDALL S. FARRIMOND
Attorneys for Plaintiff
AUGUST IMAGE, LLC

-and-

Dated: November 15, 2021                THE LAW OFFICE OF DAVID C.
DEAL, P.L.C.

*/s/ David C. Deal*
DAVID C. DEAL
Attorneys for Plaintiff
AUGUST IMAGE, LLC
*pro hac vice application forthcoming*

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: November 15, 2021                FARRIMOND LAW OFFICES,
a Professional Corporation

*/s/ Randall S. Farrimond*
RANDALL S. FARRIMOND
Attorneys for Plaintiff
AUGUST IMAGE, LLC

-and-

Dated: November 15, 2021                THE LAW OFFICE OF
DAVID C. DEAL, P.L.C.

*/s/ David C. Deal*
DAVID C. DEAL
Attorneys for Plaintiff
AUGUST IMAGE, LLC
*pro hac vice application forthcoming*

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

# EXHIBIT 1

Photographer: Sebastian Kim
Image Title: AU11000579
Registration Number: VA 2-199-785
Registration Date: March 11, 2020



Photographer: Sebastian Kim
Image Title: AU1993526
Registration Number: VA 2-202-146
Registration Date: April 6, 2020



Photographer: Sebastian Kim
Image Title: AU1994077
Registration Number: VA 2-199-818
Registration Date: March 11, 2020



Photographer: Sebastian Kim
Image Title: AU1992973
Registration Number: VA 2-143-521
Registration Date: March 12, 2019



Photographer: Sebastian Kim
Image Title: AU1994570
Registration Number: VA 2-199-785
Registration Date: March 11, 2020



Photographer: Gavin Bond
Image Title: AU11208274
Registration Number: VA 2-229-374
Registration Date: October 19, 2020



Photographer: Ramona Rosales
Image Title: AU1943063
Registration Number: VA 2-221-660
Registration Date: October 5, 2020



Photographer: Joe Pugliese
Image Title: AU11255510
Registration Number: VAu 1-344-844
Registration Date: January 4, 2019



Photographer: Joe Pugliese
Image Title: AU11255507
Registration Number: VAu 1-344-844
Registration Date: January 4, 2019



Photographer: Joe Pugliese
Image Title: AU11255512
Registration Number: VAu1-344-844
Registration Date: January 4, 2019



Photographer: Peter Yang
Image Title: AU11159076
Registration Number: VA 2-213-102
Registration Date: July 6, 2020



Photographer: Mark Seliger
Image Title: AU2159161
Registration Number: VA 2-106-449
Registration Date: April 21, 2017



Photographer: Mark Seliger
Image Title: AU2158627
Registration Number: VA 2-098-099
Registration Date: March 21, 2018



Photographer: Miller Mobley
Image Title: AU11480465
Registration Number: VA 2-191-494
Registration Date: January15, 2020



Photographer: Danielle Levitt
Image Title: AU11431613
Registration Number: VA 2-240-191
Registration Date: January 23, 2021



Photographer: Guerin Blask
Image Title: AU277257
Registration Number: VA 2-212-178
Registration Date: July 6, 2020



# EXHIBIT 2

https://www.rap-up.com/2013/11/13/kendrick-lamar-suits-up-and-freestyles-for-gq/



https://www.rap-up.com/2012/03/14/drake-suits-up-for-gq-and-talks-father-fame-and-feelings/



https://www.rap-up.com/2012/08/28/rita-ora-shows-off-her-tattoos-for-gq/



https://www.rap-up.com/app/uploads/2016/01/r-kelly-gq.jpg

https://www.rap-up.com/2016/01/20/r-kelly-opens-up-about-childhood-abuse-sexual-allegations-aaliyah/

https://www.rap-up.com/artist/aaliyah/







https://www.rap-up.com/2014/07/01/harlem-renaissance-asap-mob-camron-suit-up-for-gq/



https://www.rap-up.com/app/uploads/2018/02/quality-control-complex.jpg

https://www.rap-up.com/2018/02/26/migos-opens-up-about-300-entertainment-legal-battle/





https://www.rap-up.com/app/uploads/2017/04/chance-the-rapper-time-feat.jpg

https://www.rap-up.com/2017/04/20/chance-the-rapper-alicia-keys-john-legend-donald-glover-time-100-most-influential-people/





https://www.rap-up.com/app/uploads/2018/07/kid-cudi-billboard-headline.jpg

https://www.rap-up.com/artist/kid-cudi/

https://www.rap-up.com/2018/07/19/kid-cudi-talks-depression-happiness-kanye-west/







https://www.rap-up.com/photos/kid-cudi-covers-billboard/?image=3



https://www.rap-up.com/photos/kid-cudi-covers-billboard/



https://www.rap-up.com/app/uploads/2017/11/kendrick-variety.jpg

https://www.rap-up.com/2017/11/21/kendrick-lamar-covers-variety-hitmakers-issue/





https://www.rap-up.com/2016/11/02/bruno-mars-covers-rolling-stone-talks-kanye-west-diss-beyonce/



https://www.rap-up.com/app/uploads/2017/08/kendrick-lamar-rs.jpg

https://www.rap-up.com/2017/08/09/kendrick-lamar-covers-rolling-stone-talks-drake-beyonce-ghostwriting/





https://www.facebook.com/rapup/photos/10156762257912844



https://www.facebook.com/rapup/photos/10156222481042844



https://www.facebook.com/rapup/photos/10158279153472844

