1  RANDALL S. FARRIMOND (CSB No. 95281)
   E-mail: rfarrimond@farrimondlaw.com
2  FARRIMOND LAW OFICES
3  a Professional Corporation
   90 New Montgomery Street, Suite 1250
4  San Francisco, CA 94105
5  Telephone: (415) 362-4900
   Facsimile: (415) 362-4901
6
7  Attorneys for Plaintiff
   AUGUST IMAGE, LLC
8
9
10                  **UNITED STATES DISTRICT COURT**
11                  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12
13  AUGUST IMAGE, LLC,              )  Case No.: 2:21-cv-08999-FMO-JPR
                                    )
14                   Plaintiff,     )
                                    )  **NOTICE OF INTERESTED PARTIES**
15       vs.                        )  **AND DISCLOSURE STATEMENT**
                                    )  **OF PLAINTIFF AUGUST IMAGE, LLC**
16  RAP-UP, LLC,                    )
                                    )
17                                  )
                                    )
18                   Defendant.     )
                                    )
19  ─────────────────────────────
20       Pursuant to Federal Civil Procedure Rule 7.1 and Civil Local Rule 7.1-1, no
21  publicly held corporation owns ten percent (10%) or more of the stock of plaintiff
22
23  AUGUST IMAGE, LLC.  AUGUST IMAGE, LLC, is also unaware of any person or
24  entity, other than the parties hereto, that may have a pecuniary interest in the outcome
25  of this case.  These representations are made to enable the Court to evaluate possible
26
27  disqualification or recusal.
28

| | |
|---|---|
| Dated: December 6, 2021 | FARRIMOND LAW OFFICES, a Professional Corporation |
| | |
| | /s/ *Randall S. Farrimond* |
| | RANDALL S. FARRIMOND |
| | Attorneys for Plaintiff |
| | AUGUST IMAGE, LLC |

- 2 -
NOTICE OF INTERESTED PARTIES Case No.: 2:21-cv-08999-FMO-JPR