# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, | Case No.: 2:21-cv-08999-FMO-JPR |
| Plaintiff, | **ORDER PERMITTING PLAINTIFF TO FILE FIRST <u>AMENDED COMPLAINT</u>** |
| vs. | |
| RAP-UP, LLC, | |
| Defendant. | |

The Defendant Rap-Up, LLC having provided its "written consent" (Fed. Civ. Proc. R. 15(a)(2)) to the filing of the First Amended Complaint for Copyright Infringement and Jury Demand (Injunctive Relief Demanded), as set forth in the Stipulation to File Amended Complaint (Dkt. 25, 25-1),

IT IS ORDERED that Plaintiff AUGUST IMAGE, LLC is permitted to file the First Amended Complaint for Copyright Infringement and Jury Demand (Injunctive Relief Demanded) (Dkt. 26).

Dated: <u>June 9, 2022</u>         /s/
_____
HON. FERNANDO M. OLGUIN
United States District Judge