RANDALL S. FARRIMOND (CSB No. 95281)
E-mail: rfarrimond@farrimondlaw.com
FARRIMOND LAW OFFICES,
a Professional Corporation
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone: (415) 362-4900
Facsimile: (415) 362-4901

Attorneys for Plaintiff
AUGUST IMAGE, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| AUGUST IMAGE, LLC, | ) | Case No.: 2:21-cv-08999-FMO-JPR |
|---|---|---|
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | ) | **(Fed. Civ. Proc. R. 41(a)(1))** |
| RAP-UP, LLC, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff AUGUST IMAGE, LLC and Defendant RAP-UP, LLC stipulate to the dismissal with prejudice of the complaint in this

/

/

/

/

action, each party to bear its own attorney's fees and costs of suit.

August 22, 2022:					FARRIMOND LAW OFFICES,
							a Professional Corporation


							*s/Randall S. Farrimond*
							RANDALL S. FARRIMOND
							Attorneys for Plaintiff
							AUGUST IMAGE, LLC


August 22, 2022:					*/s/Nicholas Ranallo*
							NICHOLAS RANALLO
							Attorney for Defendant
							RAP-UP, LLC


    Randall S. Farrimond, as filer of this document, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.  (C.D. L. R.  5-4.3.4.)

    I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

    Executed this 22nd day of August, 2022 at San Francisco, California by

							*/s/Randall S. Farrimond*
							Randall S. Farrimond